B1 (Official Form 1) (12/11)

Case #: 13-

| United States Bankruptcy Court<br>DISTRICT OF *PUERTO RICO* | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>*CUE & LOPEZ CONSTRUCTION, INC.,*<br>*a Corporation* | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*NONE* | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): *66-0564339* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |

| Street Address of Debtor (No. & Street, City, and State):<br>*PR 176 KM 1.1 BUILDING 178*<br>*CUPEY*<br>*San Juan, PR*          ZIPCODE *00926* | Street Address of Joint Debtor (No. & Street, City, and State):          ZIPCODE |
|---|---|
| County of Residence or of the<br>Principal Place of Business: | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>*PO BOX 193899*<br>*San Juan, PR*          ZIPCODE *00919 3899* | Mailing Address of Joint Debtor (if different from street address):          ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): *SAME* |          ZIPCODE |

**Type of Debtor** (Form of organization)
(Check **one** box.)

- [ ] Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other   *CONSTRUCTION*

**Chapter of Bankruptcy Code Under Which the Petition is Filed**
(Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [x] Debts are primarily business debts.

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter 11 Debtors**

**Check one box:**
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000 .

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Offi cial Form 3B.

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (12/11)  FORM B1, Page **2**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>*CUE & LOPEZ CONSTRUCTION, INC.,*<br>*a Corporation* |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed:<br>*NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor:<br>*NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>Signature of Attorney for Debtor(s)          Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (12/11)                                                                                              FORM B1, Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **CUE & LOPEZ CONSTRUCTION, INC., a Corporation** |

## Signatures

<table>
<tr>
<td>

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

</td>
<td>

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

</td>
</tr>
<tr>
<td>

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

**CHARLES A. CUPRILL**
Printed Name of Attorney for Debtor(s)

**CHARLES A. CUPRILL, P.S.C. LAW OFFICES**
Firm Name

**356 FORTALEZA STREET**
Address

**SECOND FLOOR**

**San Juan, PR  00901**

**787-977-0515**
Telephone Number

**10/ 4/2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

</td>
<td rowspan="2">

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)
(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

</td>
</tr>
<tr>
<td>

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**FRANK F. CUE GARCIA**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**10/ 4/2013**
Date

</td>
</tr>
</table>

Rule 2016(b) (8/91)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

In re  *CUE & LOPEZ CONSTRUCTION, INC., a  Corporation*

Case No. *13-*
Chapter *11*

_____ / Debtor

Attorney for Debtor:  *CHARLES A. CUPRILL*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ *15,000.00*
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . . $ _____ *15,000.00*
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ *0.00*

3. $ _____ *1,213.00* _____ of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
   *None other*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
   *None other*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
   *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
   *None*

Dated: *10/ 4/2013*                    Respectfully submitted,

X _____

Attorney for Petitioner: *CHARLES A. CUPRILL*
*CHARLES A. CUPRILL, P.S.C. LAW OFFICES*
*356 FORTALEZA STREET*
*SECOND FLOOR*
*San Juan PR  00901*
*787-977-0515*
*ccuprill@cuprill.com*

FORM B6A (Official Form 6A) (12/07)

In re _CUE & LOPEZ CONSTRUCTION, INC._____ ,     Case No. _13-_____
      Debtor(s)                              (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| (1) PARCEL OF LAND WITH A COMMERCIAL BUILDING AT RD 176, KM 1.1, BUILDING 178, CUPEY, SAN JUAN PR 00926 APPRAISED VALUE AS OF MAY 12, 2009 CADASTER NUMBER: 087-061-066-08-001 | Fee Simple | | $2,250,000.00 | $2,250,000.00 |
| (2) RESIDENTIAL APARTMENT CONSISTING OF PENTHOUSE No.515, AT HILLSVIEW PLAZA CONDOMINIUM, FRAILES WARD, GUAYNABO PUERTO RICO 00971 AT COST CADASTER NUMBER: 114-064-536-08-080 | Fee Simple | | $445,000.00 | $445,000.00 |
| (3) RESIDENTIAL UNIT USED AS DEBTOR'S WAREHOUSE, AT ATLANTA STREET, No. 1555, SAN GERARDO, CUPEY, PUERTO RICO 00926 APPRAISED VALUE AS OF MAY 12, 2009 CADASTER NUMBER: 087-061-066-19-001 | Fee Simple | | $450,000.00 | $450,000.00 |
| (4) RESIDENTIAL APARTMENT No. 633 AT VISTAS DE GURABO, NAVARRO WARD, GURABO PUERTO RICO 00778 AT COST CADASTER NUMBER: 226-000-007-44-000 | Fee Simple | | $220,000.00 | $220,000.00 |

No continuation sheets attached            **TOTAL $**   3,365,000.00
                       (Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re _CUE & LOPEZ CONSTRUCTION, INC._ ,                    Case No. _13-_
    Debtor(s)                                                            (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | PETTY CASH BALANCE AS OF 09/11/2013 | | $22,823.44 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | BANCO SANTANDER DE PUERTO RICO OPERATING ACCOUNT ACCOUNT NO. 3004811428 HATO REY BRANCH BOOK BALANCE AS OF 09/11/2013 | | $0.00 |
| | | BANCO SANTANDER DE PUERTO RICO GENERAL ACCOUNT ACCOUNT NO. 3004848704 HATO REY BRANCH BOOK BALANCE AS OF 09/11/2013 | | $74,772.71 |
| | | BANCO SANTANDER DE PUERTO RICO PAYROLL ACCOUNT ACCOUNT NO. 3004848690 HATO REY BRANCH BOOK BALANCE AS OF 09/11/2013 | | $0.00 |
| | | ORIENTAL BANK - EUROBANK ACCOUNT NO. 914-001376 LOS PASEOS BRANCH BOOK BALANCE AS OF 09/11/2013 | | $0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |

Page _1_ of _5_

B6B (Official Form 6B) (12/07)

In re _CUE & LOPEZ CONSTRUCTION, INC._____,    Case No. _13-_____
　　　　　　　　　Debtor(s)                                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | INVESTMENT IN INCORPORATED BUSINESS PARQUE 228, LLC ESTIMATED VALUE | | $2,500,000.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | | ACCOUNTS RECEIVABLE FOR $1,525,590.99 CUE & LOPEZ CONTRACTORS, INC. (AFFILIATED ENTITY) (CONSIDERED UNCOLLECTIBLE) BALANCE AS OF 09/11/2013 | | $0.00 |
| | | ACCOUNTS RECEIVABLE FOR $100,147.96 LA RAMBLA PROJECT (CONSIDERED UNCOLLECTIBLE) BALANCE AS OF 09/11/2013 | | $0.00 |
| | | ACCOUNTS RECEIVABLE CASA MAGGIORE, INC. (AFFILIATED ENTITY) BALANCE AS OF 09/11/2013 | | $2,452,335.24 |

Page __2__ of __5__

B6B (Official Form 6B) (12/07)

In re *CUE & LOPEZ CONSTRUCTION, INC.*          Case No. *13-*
            Debtor(s) ·                                                      (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | ACCOUNTS RECEIVABLE PALATINO CORPORATION (AFFILIATED ENTITY) BALANCE AS OF 09/11/2013 | | $1,125,798.88 |
| | | ACCOUNTS RECEIVABLE COMMUNITY PROPERTIES DEVELOPMENT, INC. BALANCE AS OF 09/11/2013 | | $2,350.00 |
| | | ACCOUNTS RECEIVABLE PARQUE 228, LLC (AFFILIATED ENTITY) BALANCE AS OF 09/11/2013 | | $1,118,301.34 |
| | | ACCOUNTS RECEIVABLE ULTRA BUILDER, LLC BALANCE AS OF 09/11/2013 | | $1,000.00 |
| | | ACCOUNTS RECEIVABLE FOR $91,003.25 TORRE MAYOR PROJECT (CONSIDERED UNCOLLECTIBLE) BALANCE AS OF 09/11/2013 | | $0.00 |
| | | ACCOUNTS RECEIVABLE FOR $733,299.54 ALCAZAR DEVELOPMENT (AFFILIATED ENTITY) (CONSIDERED UNCOLLECTIBLE) BALANCE AS OF 09/11/2013 | | $0.00 |
| | | ACCOUNTS RECEIVABLE DUE FROM STOCKHOLDERS - MR.FRANK CUE FERNANDEZ AND MR. MARIO LOPEZ REINANTE BALANCE AS OF 09/11/2013 | | $4,529.40 |
| | | ACCOUNTS RECEIVABLE DUE FROM STOCKHOLDERS - MR. FRANK F. CUE GARCIA BALANCE AS OF 09/11/2013 | | $12,348.53 |
| | | ACCOUNTS RECEIVABLE DUE FROM STOCKHOLDERS - MR. JESUS O. LOPEZ BERNAL BALANCE AS OF 09/11/2013 | | $11,822.75 |

B6B (Official Form 6B) (12/07)

In re _CUE & LOPEZ CONSTRUCTION, INC._ ,     Case No. _13-_
Debtor(s)     (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | ACCOUNTS RECEIVABLE<br>DUE FROM STOCKHOLDERS - MR. MARIO R. LOPEZ REINANTE<br>BALANCE AS OF 09/11/2013 | | $12,795.15 |
| | | TRADE ACCOUNTS RECEIVABLE<br>BALANCE AS OF 09/27/2013<br>(EXCLUDING RETAINAGE ON CONSTRUCTION CONTRACTS)<br>SEE EXHIBIT I | | $1,795,464.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | 2006 FORD F-550<br>SERIAL NUMBER 1FDAF56P76EC52355<br>ESTIMATED VALUE | | $21,500.00 |
| | | 2008 FORD F-250 XL<br>SERIAL NUMBER 1FTSF20R18EA49613<br>ESTIMATED VALUE | | $19,460.00 |
| | | 2011 LEXUS GS350<br>SERIAL NUMBER JTHBE1KS1B0053676 | | $34,035.00 |

B6B (Official Form 6B) (12/07)

In re _CUE & LOPEZ CONSTRUCTION, INC._ _____,      Case No. _13-_____
                        Debtor(s)                                                              (if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|:---:|---|---|---:|
| 26. Boats, motors, and accessories. | | ESTIMATED VALUE<br><br>VESSEL 2005<br>WELLCRAFT COASTAL 2900<br>OFFICIAL NUMBER: 1184840<br>SERIAL NUMBER: WELHHA80K506<br>ESTIMATED VALUE | | $80,000.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Page   5   of   5                                                    **Total ➡**        $9,289,336.44

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

As Of:09/27/13  On:09/27/13  (AR.9)

# EXHIBIT I

Cue & Lopez Construction, Inc.
A/R AGED TRIAL BALANCE
Thru Month Ending: 09/30/2013
Aged through: 09/27/2013
ALL A/R Accounts

| Customer | Job | Name | Invoice Number | Date | Total Due | 0-30 Days | 31-60 Days | 61-90 Days | Over 90 | Retention |
|---|---|---|---|---|---|---|---|---|---|---|
| J110 Citadel Development Corp., Ing. Efraim Kier (787) 623-3536 | | | | | | | | | | |
| | 110 | BUENA VISTA CLUSTER A | RETN | 11/30/07 | 924,887.48 | .00 | .00 | .00 | .00 | 924,887.48 |
| | | | 110203 | 10/01/09 | 256,709.48 | .00 | .00 | .00 | 256,709.48 | .00 |
| | | | Job Totals: | | 1181,596.96 | .00 | .00 | .00 | 256,709.48 | 924,887.48 |
| | | | Customer Totals: | | 1181,596.96 | .00 | .00 | .00 | 256,709.48 | 924,887.48 |
| J112 Casa Maggiore,Inc., Arq. Luis Ariss (787) 761-3030 | | | | | | | | | | |
| | 112 | CASA MAGGIORE | RETN | 01/31/09 | 311,587.13 | .00 | .00 | .00 | .00 | 311,587.13 |
| | | | Job Totals: | | 311,587.13 | .00 | .00 | .00 | .00 | 311,587.13 |
| | | | Customer Totals: | | 311,587.13 | .00 | .00 | .00 | .00 | 311,587.13 |
| J114 Altos De Miraflores, Ing. Efraim Kier (787) 622-5353 | | | | | | | | | | |
| | 114 | Altos de Miraflores | RETN | 07/31/07 | 345,000.00 | .00 | .00 | .00 | .00 | 345,000.00 |
| | | | PAGARe | 07/01/11 | 210,000.00 | .00 | .00 | .00 | 210,000.00 | .00 |
| | | | Job Totals: | | 555,000.00 | .00 | .00 | .00 | 210,000.00 | 345,000.00 |
| | | | Customer Totals: | | 555,000.00 | .00 | .00 | .00 | 210,000.00 | 345,000.00 |
| J124 AFI,  (000) 000-0000 | | | | | | | | | | |
| | 124 | RAPAEL LOPEZ LANDRON (GUA | RETN | 04/30/11 | 96,510.28 | .00 | .00 | .00 | .00 | 96,510.28 |
| | | | Job Totals: | | 96,510.28 | .00 | .00 | .00 | .00 | 96,510.28 |
| | | | Customer Totals: | | 96,510.28 | .00 | .00 | .00 | .00 | 96,510.28 |
| J125 AFI,  (000) 000-0000 | | | | | | | | | | |
| | 125 | JOSE HORACIO CORA (ARROYO | RETN | 01/31/11 | 4,446.05 | .00 | .00 | .00 | .00 | 4,446.05 |
| | | | Job Totals: | | 4,446.05 | .00 | .00 | .00 | .00 | 4,446.05 |
| | | | Customer Totals: | | 4,446.05 | .00 | .00 | .00 | .00 | 4,446.05 |
| J126 AFI,  (000) 000-0000 | | | | | | | | | | |
| | 126 | JOSEFINA MUNOZ BERNIER-PA | RETN | 01/31/11 | 4,446.02 | .00 | .00 | .00 | .00 | 4,446.02 |
| | | | Job Totals: | | 4,446.02 | .00 | .00 | .00 | .00 | 4,446.02 |
| | | | Customer Totals: | | 4,446.02 | .00 | .00 | .00 | .00 | 4,446.02 |
| J127 Parque 228,LLC, Arq. Luis Arisso (000) 000-0000 | | | | | | | | | | |
| | 127 | PARQUE 228 | RETN | 08/31/13 | 897,474.12 | .00 | .00 | .00 | .00 | 897,474.12 |
| | | | CR.#19 | 07/31/13 | 90,581.98 | .00 | 90,581.98 | .00 | .00 | .00 |
| | | | CR.#20 | 08/31/13 | 461,474.83 | 461,474.83 | .00 | .00 | .00 | .00 |
| | | | Job Totals: | | 1449,530.93 | 461,474.83 | 90,581.98 | .00 | .00 | 897,474.12 |
| | | | Customer Totals: | | 1449,530.93 | 461,474.83 | 90,581.98 | .00 | .00 | 897,474.12 |

As Of:09/27/13  On:09/27/13  (AR.9)                                                                    Time: 10:41  Page: 2

Cue & Lopez Construction, Inc.

A/R AGED TRIAL BALANCE

Thru Month Ending: 09/30/2013

Aged through: 09/27/2013

ALL A/R Accounts

| Customer | Job | Name | Invoice Number | Date | Total Due | 0-30 Days | 31-60 Days | 61-90 Days | Over 90 | Retention |
|---|---|---|---|---|---|---|---|---|---|---|
| J129 AFI, (000) 000-0000 | | | | | | | | | | |
| | 129 | Escuela Luis Pales Matos | RETN | 04/30/12 | 398,072.93 | .00 | .00 | .00 | .00 | 398,072.93 |
| | | | CR.#13 | 04/30/13 | 71,205.01 | .00 | .00 | .00 | 71,205.01 | .00 |
| | | | CR.#16 | 07/31/13 | 217,554.08 | .00 | 217,554.08 | .00 | .00 | .00 |
| | | | CR.#17 | 08/31/13 | 487,938.62 | 487,938.62 | .00 | .00 | .00 | .00 |
| | | | Job Totals: | | 1174,770.64 | 487,938.62 | 217,554.08 | .00 | 71,205.01 | 398,072.93 |
| | | | Customer Totals: | | 1174,770.64 | 487,938.62 | 217,554.08 | .00 | 71,205.01 | 398,072.93 |
| J132 Summer Painting Program, Autoridad Edificios Publi (000) 000-0000 | | | | | | | | | | |
| | 132 | AEP - SUMMER PAINTING PRO | RETN | 06/30/13 | 12,134.00 | .00 | .00 | .00 | .00 | 12,134.00 |
| | | | Job Totals: | | 12,134.00 | .00 | .00 | .00 | .00 | 12,134.00 |
| | | | Customer Totals: | | 12,134.00 | .00 | .00 | .00 | .00 | 12,134.00 |
| J133 RESIDENCIA BALLORI, Sr. Eduardo Ballori (000) 000-0000 | | | | | | | | | | |
| | 133 | BALLORI ESTIMATE | RETN | | 10,162.64 | .00 | .00 | .00 | .00 | 10,162.64 |
| | | | Job Totals: | | 10,162.64 | .00 | .00 | .00 | .00 | 10,162.64 |
| | | | Customer Totals: | | 10,162.64 | .00 | .00 | .00 | .00 | 10,162.64 |
| J134 PARQUE DE LAS CIENCIAS, Municipio de Bayamon (000) 000-0000 | | | | | | | | | | |
| | 134 | PARQUE DE LAS CIENCIAS | RETN | 08/31/13 | 7,928.30 | .00 | .00 | .00 | .00 | 7,928.30 |
| | | | Job Totals: | | 7,928.30 | .00 | .00 | .00 | .00 | 7,928.30 |
| | | | Customer Totals: | | 7,928.30 | .00 | .00 | .00 | .00 | 7,928.30 |
| | | | Report    Totals: | | 4808,112.95 | 949,413.45 | 308,136.06 | .00 | 537,914.49 | 3012,648.95 |

B6D (Official Form 6D) (12/07)

In re *CUE & LOPEZ CONSTRUCTION, INC.*                                    Case No. *13-*
                        **Debtor(s)**
                                                                         (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *4339*<br><br>*Creditor # : 1*<br>*INTERNAL REVENUE SERVICE*<br>*POST OFFICE BOX 7346*<br>*Philadelphia PA 19101-7346* | | *08/29/2013*<br><br>*FEDERAL TAX LIEN*<br><br>*SECURED BY DEBTOR'S ACCOUNTS RECEIVABLE LISTED IN SCHEDULE B*<br><br>Value: *$ 6,495,249.46* | | | | $ 117,361.86 | $ 0.00 |
| Account No: *1659*<br><br>*Creditor # : 2*<br>*ORIENTAL FINANCIAL GROUP*<br>*PO BOX 195115*<br>*San Juan PR 00919 5115* | | *2005*<br><br>*BANK LOAN SECURED BY*<br><br>*VESSEL 2005 - WELLCRAFT COASTAL 2900 LISTED IN SCHEDULE B*<br><br>Value: *$ 80,000.00* | | | | $ 110,000.00 | $ 30,000.00 |

1   continuation sheets attached

| | | |
|---|---|---|
| **Subtotal $**<br>(Total of this page) | $ 227,361.86 | $ 30,000.00 |
| **Total $**<br>(Use only on last page) | | |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6D (Official Form 6D) (12/07) - Cont.

In re CUE & LOPEZ CONSTRUCTION, INC. _____,    Case No. 13- _____
            **Debtor(s)**                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No: 5020<br><br>Creditor # : 3<br>ORIENTAL FINANCIAL GROUP<br>BBVAPR-ORIENTAL<br>PO BOX 195115<br>San Juan PR 00919 5115 | X | 6/29/2009<br><br>COMMERCIAL LOAN SECURED BY<br><br>A FIRST MORTGAGE ON REAL<br>PROPERTIES #2, AND #4 AND A<br>SECOND MORTGAGE ON PROPERTIES<br><br>Value: $ 5,817,335.24 | | | | $ 3,035,787.61 | $ 0.00 |
| Account No: 1511<br><br>Creditor # : 4<br>SCOTIABANK DE PUERTO RICO<br>PO BOX 362394<br>San Juan PR 00936 2394 | X | 12/18/2006<br><br>COMMERCIAL LOAN SECURED BY<br><br>A FIRST MORTGAGE ON REAL<br>PROPERTIES #1 AND #3 LISTED IN<br>SCHEDULE A<br><br>Value: $ 2,700,000.00 | | | | $ 2,613,005.01 | $ 0.00 |
| Account No: 6047<br><br>Creditor # : 5<br>TOYOTA FINANCIAL SERVICES<br>PO BOX 366251<br>San Juan PR 00936 6251 | | 09/16/2011<br><br>CAR FINANCING LOAN<br><br>SECURED BY 2011 LEXUS GS350<br>LISTED IN SCHEDULE B<br><br>Value: $ 34,035.00 | | | | $ 55,927.45 | $ 21,892.45 |
| Account No:<br><br><br><br><br><br> | | <br><br><br><br>Value: | | | | | |
| Account No:<br><br><br><br><br><br> | | <br><br><br><br>Value: | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors
Holding Secured Claims

| | | |
|---|---|---|
| Subtotal $<br>(Total of this page) | $ 5,704,720.07 | $ 21,892.45 |
| Total $<br>(Use only on last page) | $ 5,932,081.93 | $ 51,892.45 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (04/10)

In re _CUE & LOPEZ CONSTRUCTION, INC._ _____,     Case No. _13-_____
                    **Debtor(s)**                                                                                         (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_2_ **continuation sheets attached**

Official Form 6E (04/10) - Cont.

In re **CUE & LOPEZ CONSTRUCTION, INC.** ,  Case No. _13-_____
                    **Debtor(s)**                                          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1<br>*DEPARTAMENTO DE HACIENDA DE PR*<br>*BANKRUPTCY SECTION (424-B)*<br>*P.O. BOX 9024140*<br>*San Juan PR 00902-4140* | | | *02/15/2013*<br>*CORPORATE INCOME TAX*<br>*FOR THE YEAR 2012* | | | | $ 91,484.87 | $ 91,484.87 | $ 0.00 |
| Account No:<br>Creditor # : 2<br>*DEPARTAMENTO DE HACIENDA DE PR*<br>*BANKRUPTCY SECTION (424-B)*<br>*P.O. BOX 9024140*<br>*San Juan PR 00902-4140* | | | *PAYROLL TAXES WITHHELD*<br>*FOR THE YEARS 2011, 2012*<br>*AND 2013* | | | | $258,732.74 | $258,732.74 | $ 0.00 |
| Account No:<br>Creditor # : 3<br>*DEPARTAMENTO DEL TRABAJO Y*<br>*RECURSOS HUMANOS*<br>*P.O. BOX 191020*<br>*San Juan PR 00919-1020* | | | *UNEMPLOYMENT INSURANCE*<br>*FOR THE YEARS 2012 AND 2013*<br>*BALANCE AS OF 06/30/2013* | | | | $127,000.12 | $127,000.12 | $ 0.00 |
| Account No: *4339*<br>Creditor # : 4<br>*INTERNAL REVENUE SERVICE*<br>*POST OFFICE BOX 7346*<br>*Philadelphia PA 19101-7346* | | | *PAYROLL TAXES*<br>*(FICA)*<br>*FOR THE YEARS 2011 AND 2012*<br>*(NET OF SECURED PORTION)* | | | | $278,809.50 | $278,809.50 | $ 0.00 |
| Account No:<br>Creditor # : 5<br>*MUNICIPIO DE DORADO*<br>*PO BOX 588*<br>*DORADO          PR 00646-0588* | | | *MUNICIPAL TAXES*<br>*FOR THE YEAR 2012* | | | | $ 5,664.66 | $ 5,664.66 | $ 0.00 |

Sheet No. _1_ of _2_ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal $**<br>(Total of this page) | 761,691.89 | 761,691.89 | 0.00 |
| **Total $**<br>(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | | | |
| **Total $**<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | | |

Official Form 6E (04/10) - Cont.

In re *CUE & LOPEZ CONSTRUCTION, INC.* _____ ,   Case No. *13-* _____
                    **Debtor(s)**                                                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:   *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 6 MUNICIPIO DE SAN JUAN DEPARTAMENTO DE FINANZAS PO BOX 70179 San Juan PR 00936 8179 | | | MUNICIPAL TAXES FOR THE YEAR 2012 | | | | $ 13,556.78 | $ 13,556.78 | $ 0.00 |
| **Account No:** | | | | | | | | | |
| **Account No:** | | | | | | | | | |
| **Account No:** | | | | | | | | | |
| **Account No:** | | | | | | | | | |

Sheet No. _2_ of _2_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal $** (Total of this page) | 13,556.78 | 13,556.78 | 0.00 |
| **Total $** (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | 775,248.67 | | |
| **Total $** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | 775,248.67 | 0.00 |

B6F (Official Form 6F) (12/07)

In re _CUE & LOPEZ CONSTRUCTION, INC._ _____ ,   Case No. _13-_ _____
                    **Debtor(s)**                                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:**<br>Creditor # : 1<br>A/B CONCRETE WATER PROOFING<br>138 AVE WINSTON CHURCHILL<br>SAN JUAN PR 00926 6023 | | | 8/14/2012<br>CONSTRUCTION MATERIALS | | | | $ 7,362.00 |
| **Account No:**<br>Creditor # : 2<br>A-1 PORTABLE TOILETS SERVICE<br>PO BOX 7569<br>Ponce PR 00732 | | | 5/3/2012<br>PORTABLE TOILETS SERVICES | | | | $ 2,090.35 |
| **Account No:**<br>Creditor # : 3<br>AA POOLS & CONTRACTOR<br>RR#6 BOX 10992<br>San Juan PR 00926 | | | 10/31/2012<br>POOL SUB-CONTRACTOR<br>(CONTINGENT DUE TO RETAINAGE) | X | | | $ 26,960.00 |

_32_ continuation sheets attached

|  | Subtotal $ | $ 36,412.35 |
|---|---|---|
|  | Total $ |  |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re CUE & LOPEZ CONSTRUCTION, INC. _____,    Case No. 13-_____
                    **Debtor(s)**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 4 <br> ACE FORMING SYSTEMS <br> PO BOX 363707 <br> SAN JUAN PR 00936 3707 | | | 12/5/2012 <br> RENTAL EQUIPMENT | | | | $ 77,268.16 |
| Account No: <br> Creditor # : 5 <br> ADVANCED OPENING SOLUTIONS <br> CALLE 57 #585 <br> URB. VEREDAS <br> Gurabo PR 00778 | | | 05/23/2013 <br> SUB-CONTRACTOR <br> (HARDWARE SUPPLIES) | | | | $ 1,514.99 |
| Account No: <br> Creditor # : 6 <br> AERIAL IMAGING INC. <br> COND OCEAN POINT <br> HC-1 BOX 9740 <br> Loiza PR 00772 | | | 3/31/2013 <br> PHOTOGRAPHIC SERVICES | | | | $ 1,236.00 |
| Account No: <br> Creditor # : 7 <br> AIR MASTER AWNING INC. <br> PO BOX 2097 <br> Barceloneta PR 00617 | | | 9/15/2007 <br> CONSTRUCTION MATERIALS <br> (CONTINGENT DUE TO RETAINAGE) | X | | | $ 35,351.79 |
| Account No: <br> Creditor # : 8 <br> AIR MASTER WINDOWS & DOORS <br> PO BOX 2097 <br> Barceloneta PR 00617 | | | 5/6/2008 <br> CONSTRUCTION MATERIALS | | | | $ 232,046.95 |

Sheet No. __1__ of __32__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 347,417.89

Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re CUE & LOPEZ CONSTRUCTION, INC. _____ ,   Case No. 13-_____
                    **Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 9 ALARM ENGINEERING CONSULTANTS PMB 383 405 AVE ESMERALDA SUITE 102 Guaynabo PR 00969 | | | 5/29/2012 ENGINEERING CONSULTANCY SERVICES (ALARMS) | | | | $ 3,800.00 |
| **Account No:** Creditor # : 10 ALBERTO CAMACHO CINTRON REPARTO SEVILLA CALLE SARAZATE #930 San Juan PR 00924 | | | 3/31/2012 SUB-CONTRACTOR PAINTING SERVICES (CONTINGENT DUE TO RETAINAGE) | X | | | $ 5,017.50 |
| **Account No:** Creditor # : 11 ALTERNATIVE EXTERMINATING BAYAMON GARDENS STATION PO BOX 3368 Bayamon PR 00958 | | | 12/5/2012 LANDSCAPING AND EXTERMINATING SERVICES | | | | $ 12,169.33 |
| **Account No:** Creditor # : 12 ALVAREZ TRADING INC. FERNANDEZ JUNCOS STATION PO BOX 11124 SAN JUAN PR 00910 2224 | | | 5/23/2013 CONSTRUCTION MATERIALS | | | | $ 1,070.00 |
| **Account No:** Creditor # : 13 AMERICAN AGENCIES CO., INC. PO BOX 901216 SAN JUAN PR 00902 1216 | | | 3/31/2013 SUB-CONTRACTOR METAL DOOR AND ARCHITECTURAL HARDWARE (CONTINGENT DUE TO RETAINAGE) | X | | | $ 135,111.65 |

Sheet No. _2_ of _32_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | |
|---|---|
| Subtotal $ | $ 157,168.48 |
| Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re CUE & LOPEZ CONSTRUCTION, INC. _____,    Case No. 13-
                        **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 14**<br>AMERICAN FIRE PROTECTION CENTER<br>PO BOX 29530<br>San Juan PR 00929 0530 | | | 06/19/2013<br>SUB-CONTRACTOR<br>(FIRE PROTECTION SYSTEMS) | | | | $ 126.00 |
| Account No:<br>**Creditor # : 15**<br>ANDRES CASTILLO<br>URB REPARTO UNIVERSITARIO<br>311 CALLE MARYWOOD<br>San Juan PR 00920 | | | 4/15/2013<br>SUB-CONTRACTOR<br>PAINTING SERVICES | | | | $ 3,500.00 |
| Account No:<br>**Creditor # : 16**<br>ANTONIO A. GARCIA<br>352 SAN CLAUDIO AVENUE<br>PMB 363<br>San Juan PR 00926 | | | 08/02/2013<br>DRAWING DESIGN SERVICES | | | | $ 2,400.00 |
| Account No:<br>**Creditor # : 17**<br>ARANA & DAVILA LAW OFFICES<br>RR-37 BOX 1838<br>SAN JUAN PR 00926 9729 | | | 06/30/2013<br>LEGAL SERVICES | | | | $ 575.00 |
| Account No:<br>**Creditor # : 18**<br>ASPHALT PRECISION J.J, INC<br>RR 7 BUZON 8197<br>San Juan PR 00926 | | | 08/13/2008<br>SUB-CONTRACTOR<br>(ASPHALT) | | | | $ 9,565.44 |

Sheet No. ___3___ of ___32___ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 16,166.44

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re CUE & LOPEZ CONSTRUCTION, INC. _____,    Case No. 13-_____
                    Debtor(s)                                       (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 19 AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADOS PO BOX 70101 San Juan PR 00936 8108 | | | 09/24/2013 UTILITY - WATER | | | | $ 1,852.45 |
| **Account No:** Creditor # : 20 BERMUDEZ, LONGO, DIAZ-MASSO, LLC PO BOX 191213 San Juan PR 00919 1213 | | | 2/20/2010 SUB-CONTRACTOR ELECTRICAL AND MECHANICAL CONTRACTORS (CONTINGENT DUE TO RETAINAGE) | X | | | $ 569,111.10 |
| **Account No:** Creditor # : 21 BEST ACCESS SYSTEMS PO BOX 11299 San Juan PR 00922 | | | 07/29/2013 SUB-CONTRACTOR (SECURITY SYSTEMS) | | | | $ 9,189.25 |
| **Account No:** Creditor # : 22 BEST DIAZ TRUCKING, INC. RR-03 BOX 4119 San Juan PR 00926 | | | 08/12/2013 CONSTRUCTION MATERIALS | | | | $ 7,107.01 |
| **Account No:** Creditor # : 23 BLUE BLOOD SECURITY INC PO BOX 866 Bayamon PR 00960 | | | 6/17/2013 SECURITY SERVICES | | | | $ 13,593.20 |

Sheet No. __4__ of __32__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 600,853.01

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _CUE & LOPEZ CONSTRUCTION, INC._____,    Case No. _13-_____
                        **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 24** BLUE SPLASH POOL, INC. PMB 140 PO BOX 2510 Trujillo Alto PR 00976 | | | 07/09/2013 POOL SUB-CONTRACTOR | | | | $ 482.40 |
| Account No: **Creditor # : 25** BUILDEX CORPORATION 706 CONCORDIA ST SAN JUAN PR 00907 4309 | | | 6/22/2012 CONSTRUCTION MATERIALS | | | | $ 41,622.51 |
| Account No: **Creditor # : 26** C ARNIELLA & ASOC COND PARQUE REAL APARTAMENTO 214 Guaynabo PR 00969 | | | 2/29/2012 CONSULTANCY SERVICES | | | | $ 1,000.00 |
| Account No: **Creditor # : 27** CAMIONEROS DE VOLTEO HC-04 BOX 5159 Guaynabo PR 00970 | | | 08/11/2013 DUMP TRUCK SERVICES | | | | $ 973.76 |
| Account No: **Creditor # : 28** CARIBBEAN DATA SYSTEM, INC. 1129 MUÑOZ RIVERA AVENUE San Juan PR 00925 2729 | | | 6/12/2012 COMPUTERS MATERIALS SUIT - COLLECTION OF MONEY CIVIL NUM. KCD2013-0581(503) | | | X | $ 342,422.23 |

Sheet No. _5_ of _32_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 386,500.90

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _CUE & LOPEZ CONSTRUCTION, INC._____,   Case No. _13-_____
　　　　　　　　**Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 29 CARIBBEAN EQUIPMENT 502 HOSTOS AVENUE San Juan PR 00918 | | | 07/25/2013 SUB-CONTRACTOR SPORTS AND RECREATIONAL SURFACING | | | | $ 2,573.18 |
| Account No: Creditor # : 30 CARIBBEAN PROPERTY GROUP, LLC 500 PLANTATION DRIVE SUITE 2 Dorado PR 00646 | | | 2007 CO-DEBTOR IN AFFILIATE'S LOANS (ALCAZAR DEVELOPMENT, CORP.) | X | | | $ 2,033,000.00 |
| Account No: Creditor # : 31 CARMELO ARCE GUZMAN HC-04 BOX 5159 Guaynabo PR 00970 2510 | | | 4/29/2013 TRUCKS REPAIRS AND MAINTENANCE | | | | $ 22,173.41 |
| Account No: Creditor # : 32 CEMEX CONCRETOS INC. PO BOX 364487 SAN JUAN PR 00936 4487 | | | 8/31/2012 CONSTRUCTION MATERIALS | | | | $ 29,236.78 |
| Account No: Creditor # : 33 CENTECH ELECTRONIC SYSTEMS INC PO BOX 1841 CIDRA PR 00739 1841 | | | 3/1/2013 COMPUTER MAINTENANCE | | | | $ 825.00 |

Sheet No. _6_ of _32_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 2,087,808.37

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _CUE & LOPEZ CONSTRUCTION, INC._____ ,          Case No. _13-_____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>_Creditor # : 34_<br>_CENTRO CAMIONES_<br>_PO BOX 11411_<br>_CAPARRA HEIGHTS STATION_<br>_San Juan PR 00922_ | | | 06/24/2013<br>_TRUCKS PARTS AND REPAIRS_ | | | | $ 1,761.89 |
| Account No:<br>_Creditor # : 35_<br>_CLAB, INC._<br>_PO BOX 8_<br>_Trujillo Alto PR 00977 0008_ | | | 08/01/2013<br>_CONSTRUCTION MATERIALS_ | | | | $ 17,070.84 |
| Account No:<br>_Creditor # : 36_<br>_CONSEJO DE TITULARES LAS VISTAS_<br>_DE GURABO_<br>_OFICINA ADMINISTRACION_<br>_260 CARR 932_<br>_Gurabo PR 00778_ | | | 07/23/2013<br>_CONDOMINIUM ASSOCIATION FEES_ | | | | $ 1,642.11 |
| Account No:<br>_Creditor # : 37_<br>_CONSPRO CORP_<br>_PO BOX 361628_<br>_SAN JUAN PR 00936 1628_ | | | 11/30/2012<br>_CONSTRUCTION MATERIALS_ | | | | $ 300.00 |
| Account No:<br>_Creditor # : 38_<br>_CONWASTE_<br>_CONSOLIDATED WASTE SERVICES_<br>_PO BOX 1322_<br>_Gurabo PR 00778_ | | | 2/28/2013<br>_WASTE DISPOSAL SERVICES_ | | | | $ 4,222.65 |

Sheet No. ___7__ of ___32__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 24,997.49

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re CUE & LOPEZ CONSTRUCTION, INC.                                   ,        Case No. 13-
　　　　　　　　　　　Debtor(s)                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 39 CORE INSURANCE BROKERS, CORP. PMB 120 PO BOX 194000 San Juan PR 00919 4000 | | | 09/30/2012 INSURANCE PREMIUMS | | | | $ 2,019.00 |
| Account No: Creditor # : 40 CPH ENGINEERS INC PO BOX 2808 SANFORD FL 32772 2808 | | | 9/30/2011 ENGINEERING CONSULTANCY SERVICES (CONTINGENT DUE TO RETAINAGE) | X | | | $ 17,298.20 |
| Account No: Creditor # : 41 CRE FUEL SERVICES HC-01 BOX 6794 Toa Baja PR 00949 | | | 07/26/2013 DIESEL SUPPLIER | | | | $ 2,304.00 |
| Account No: Creditor # : 42 CRIM PO BOX 195387 San Juan PR 00919-5387 | | | 05/15/2012 PERSONAL PROPERTY TAXES FOR THE YEAR 2011 | | | | $ 12,289.60 |
| Account No: Creditor # : 43 CRIMAVI INC. PO BOX 29759 SAN JUAN PR 00929 0759 | | | 4/30/2010 SUB-CONTRACTOR LANDSCAPING SERVICES SUIT - COLLECTION OF MONEY CIVIL NUM. KCD2011-2266(807) | X | X | X | $ 38,384.00 |

Sheet No. 8 of 32 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 72,294.80
Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _CUE & LOPEZ CONSTRUCTION, INC._____,          Case No. _13-_____
                            **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | 06/26/2013 | | | | $ 85.00 |
| Creditor # : 44 D H OFFICE MACHINES PO BOX 3414 BAYAMON GARDENS Bayamon PR 00958 | | | OFFICE SUPPLIES | | | | |
| Account No: | | | 1/9/2012 | X | | | $ 1,603.95 |
| Creditor # : 45 DANIEL GOMEZ URB PUERTO NUEVO 512 CALLE ARTICO San Juan PR 00920 | | | SUB-CONTRACTOR CERAMIC TILES INSTALATION (CONTINGENT DUE TO RETAINAGE) | | | | |
| Account No: | | | 06/12/2013 | | | | $ 9,240.16 |
| Creditor # : 46 DANTZLER PUERTO RICO PO BOX 1026 Sabana Seca PR 00952 1026 | | | SUB-CONTRACTOR HOME FURNISHING | | | | |
| Account No: | | | 4/5/2013 | | | | $ 2,436.02 |
| Creditor # : 47 DELTA MAINTENACE SERVICES INC PO BOX 194019 SAN JUAN PR 00919 4019 | | | JANITORIAL SERVICES | | | | |
| Account No: | | | 2/28/2013 | X | | | $ 26,479.23 |
| Creditor # : 48 DERIAM INTERIORS COND CRISTAL HOUSE APT 319 368 CALLE DE DIEGO San Juan PR 00923 | | | SUB-CONTRACTOR (GYMPSUM BOARD AND CEILINGS) (CONTINGENT DUE TO RETAINAGE) | | | | |

Sheet No. ___9___ of ___32___ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   | $ 39,844.36

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re CUE & LOPEZ CONSTRUCTION, INC. _____ ,   Case No. 13-_____
                    **Debtor(s)**                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 49 DURAN EQUIPMENT INC  Y HUMBERTO DURAN HC 06 BOX 1026 Guaynabo PR 00971 | | | 3/22/2013 RENTAL EQUIPMENT | | | | $ 5,050.00 |
| Account No: Creditor # : 50 E T CONSTRUCTION CORP 1608 CALLE BORI SUITE 201D San Juan PR 00921 | | | 9/30/2011 ARCHITECTURAL SERVICES (ARCHITECT SERVICES) (CONTINGENT DUE TO RETAINAGE) | X | | | $ 115,836.00 |
| Account No: Creditor # : 51 ECZ GROUP PSC PO BOX 194111 SAN JUAN PR 00919 4111 | | | 3/21/2013 CONSULTING SERVICES | | | | $ 2,990.00 |
| Account No: Creditor # : 52 EDDIE MARTIN SAEZ ORTZ BO ANONES SEC LA SIERRA CARR 813 KM 1.8 Naranjito PR 00719 | | | 12/31/2012 SUB-CONTRACTOR WOODWORKING INSTALLATION SERVICE (CONTINGENT DUE TO RETAINAGE) | X | | | $ 384.10 |
| Account No: Creditor # : 53 ELECTRIC SERVICE CORP. PO BOX 191921 SAN JUAN PR 00919 1921 | | | 11/21/2012 SUB-CONTRACTOR (ACCESS CONTROL) | | | | $ 22,791.50 |

Sheet No. 10 of 32 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 147,051.60

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re CUE & LOPEZ CONSTRUCTION, INC.                              ,          Case No. 13-
            **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 54 EMPRESAS TERRASSA URB. SANTA ROSA 24 STREET 35-17 Bayamon PR 00959 | | | 07/18/2013 CONSTRUCTION MATERIALS | | | | $ 32,175.59 |
| Account No: Creditor # : 55 ENCO MANUFACTURING CORP. 43 CALLE BALDORIOTY Cidra PR 00739 | | | 6/6/2013 PAINTING MATERIALS | | | | $ 10,855.01 |
| Account No: Creditor # : 56 ESCO MANUFACTURING INC PO BOX 2331 Toa Baja PR 00951 | | | 1/31/2013 SUB-CONTRACTOR STRUCTURAL STEEL | | | | $ 30,897.60 |
| Account No: Creditor # : 57 EZL EQUIPMENT RENTAL, INC. THE ATRIUM OFFICE CENTER 530 CONSTITUCION AVENUE San Juan PR 00936 | | | 08/23/2013 EQUIPMENT RENTAL | | | | $ 4,971.54 |
| Account No: Creditor # : 58 FABRICA DE BLOQUES VEGA BAJA INC PO BOX 86 VEGA BAJA PR 00694 0086 | | | 5/17/2013 CONSTRUCTION MATERIALS | | | | $ 6,601.68 |

Sheet No. 11 of 32 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $              $ 85,501.42

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _CUE & LOPEZ CONSTRUCTION, INC._ ,                          Case No. _13-_ _____
              **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 59 FACCIO & PABON ROCA FERNANDEZ JUNCOS STA PO BOX 11397 SAN JUAN PR 00910 2497 | | | 4/8/2013 LEGAL SERVICES | | | | $ 1,500.00 |
| Account No: Creditor # : 60 FASTSTEEL CORP PO BOX 360827 SAN JUAN PR 00936 0827 | | | 4/5/2013 CONSTRUCTION MATERIALS | | | | $ 10,471.82 |
| Account No: Creditor # : 61 FB MECHANICAL CONTRACTORS URB ALTO APOLO 82 ADONIS Guaynabo PR 00969 | | | 5/20/2013 REPAIRS AND MAINTENANCE AIR CONDITIONERS | | | | $ 570.00 |
| Account No: Creditor # : 62 FELIX MORALES PO BOX 90000 PMB 3090 Corozal PR 00783 | | | 06/05/2013 CONSTRUCTION MATERIALS | | | | $ 160.60 |
| Account No: Creditor # : 63 FIDELITY AND DEPOSIT COMPANY OF MARYLAND PO BOX 1227 Baltimore MD 21203 1227 | | | 07/18/2008 PAYMENT AND PERFORMANCE BOND AGREEMENT | X | X | X | $ 0.00 |

Sheet No. _12_ of _32_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 12,702.42

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re CUE & LOPEZ CONSTRUCTION, INC. _____ ,        Case No. 13-_____
                    **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 64<br>FR TRANSPORT INC<br>PO BOX 7888<br>CAGUAS PR 00726 7888 | | | 6/8/2013<br>CONSTRUCTION MATERIALS | | | | $ 5,619.75 |
| Account No:<br>Creditor # : 65<br>FRAMA CONSTRUCTION CORP<br>PO BOX 11935<br>SAN JUAN PR 00922 1935 | | | 10/9/2011<br>SUB-CONTRACTOR<br>(STRUCTURAL CONCRETE WORK) | | | | $ 14,970.38 |
| Account No:<br>Creditor # : 66<br>FRAMA RENTAL CORP<br>PO BOX 2294<br>SAN JUAN PR 00919 2294 | | | 1/15/2013<br>EQUIPMENT RENTAL | | | | $ 99,200.00 |
| Account No:<br>Creditor # : 67<br>FRANCISCO A. CRUZ<br>RIO PIEDRAS BO BUEN CONSEJO<br>CALLE LEON 209<br>San Juan PR 00926 | | | 11/15/2012<br>SUB-CONTRACTOR<br>(PLASTER)<br>(CONTINGENT DUE TO RETAINAGE) | X | | | $ 2,775.98 |
| Account No:<br>Creditor # : 68<br>FRANCISCO WALL COVERING, INC.<br>CALLE 525 QF-2<br>COUNTRY CLUB<br>Carolina PR 00982 | | | 11/15/2012<br>SUB-CONTRACTOR<br>(PAINTING)<br>(CONTINGENT DUE TO RETAINAGE) | X | | | $ 3,188.69 |

Sheet No. 13 of 32 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 125,754.80

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re CUE & LOPEZ CONSTRUCTION, INC. _____ ,   Case No. 13- _____
                     **Debtor(s)**                                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 69<br>FTD INTERIORS SE<br>SUITE 112 MSC296<br>100 GRAN BULEVAR PASEOS<br>San Juan PR 00926 | | | 4/22/2008<br>SUB-CONTRACTOR<br>(GYMPSUM BOARD AND CEILINGS)<br>(CONTINGENT DUE TO RETAINAGE) | X | | | $ 16,567.41 |
| Account No:<br>Creditor # : 70<br>GABINETES RODRIGUEZ<br>BO CARRUZO<br>CARR 857 KM 4<br>CAROLINA PR 00985 9618 | | | 2/28/2013<br>SUB-CONTRACTOR<br>KITCHEN CABINETS<br>(CONTINGENT DUE TO RETAINAGE) | X | | | $ 26,670.30 |
| Account No:<br>Creditor # : 71<br>GEO ENGINEERING<br>PO BOX 270328<br>SAN JUAN PR 00927 0328 | | | 4/17/2012<br>ENGINEERING CONSULTANCY SERVICES | | | | $ 14,984.13 |
| Account No:<br>Creditor # : 72<br>GMR SAFETY AND HEALTH CONSULTA<br>Y/O RAMON DE LA CRUZ<br>URB R.G.E. III 10322 CALLE REY<br>Rio Grande PR 00745 | | | 4/24/2013<br>SAFETY CONSULTANT | | | | $ 175.00 |
| Account No:<br>Creditor # : 73<br>GONZALEZ TRADING CORP.<br>PO BOX 364884<br>San Juan PR 00936 4884 | | | 03/27/2013<br>EQUIPMENT RENTAL | | | | $ 16,593.25 |

Sheet No. 14 of 32 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 74,990.09

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _CUE & LOPEZ CONSTRUCTION, INC._____,          Case No. _13-_____
                         **Debtor(s)**                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 74<br>GREGORIO HERNANDEZ<br>PO BOX 10257<br>SAN JUAN PR 00922 0257 | | | 4/23/2013<br>ENGINEERING CONSULTANCY SERVICES | | | | $ 3,165.00 |
| Account No:<br>Creditor # : 75<br>GREKORY EQUIPMENT CORP<br>PO BOX 192384<br>SAN JUAN PR 00919 2384 | | | 2/26/2013<br>EQUIPMENT RENTAL | | | | $ 436.56 |
| Account No:<br>Creditor # : 76<br>GULF LUMBER INC.<br>PO BOX 70161<br>SAN JUAN PR 00936 8161 | | | 11/28/2012<br>CONSTRUCTION MATERIALS | | | | $ 29,703.30 |
| Account No:<br>Creditor # : 77<br>HENRY VIDAL<br>FLAMBOYAN GARDEN<br>CALLE 14 U1<br>Bayamon PR 00960 | | | 10/10/2011<br>SUB-CONTRACTOR<br>CERAMIC TILE INSTALLER<br>(CONTINGENT DUE TO RETAINAGE) | X | | | $ 891.13 |
| Account No:<br>Creditor # : 78<br>HOTONIEL PAREDES<br>URB VILLA CAROLINA<br>B-37-H-1 CALLE 35<br>Carolina PR 00985 | | | 8/31/2011<br>SUB-CONTRACTOR<br>CERAMIC TILE INSTALLER<br>(CONTINGENT DUE TO RETAINAGE) | X | | | $ 2,141.25 |

Sheet No. _15_ of _32_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 36,337.24

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re CUE & LOPEZ CONSTRUCTION, INC. _____ ,          Case No. 13- _____
                 **Debtor(s)**                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 79<br>IDS OFFICE/SCOTIABANK OF PR<br>CENTRO INT'L DE MERCADEO  II<br>90 CARR 165   SUITE 405<br>Guaynabo PR 00968 | | | 5/14/2012<br>FURNITURE SUPPLIER<br>(CONTINGENT DUE TO RETAINAGE) | X | | | $ 470,662.48 |
| Account No:<br>Creditor # : 80<br>INDUSTRIAL SPRINKLER CORP<br>PMB 500<br>PO BOX 2020<br>Barceloneta PR 00617 | | | 5/31/2007<br>SUB-CONTRACTOR<br>FIRE PROTECTION<br>(CONTINGENT DUE TO RETAINAGE) | X | | | $ 6,000.00 |
| Account No:<br>Creditor # : 81<br>INSTANT PRINT CORP.<br>PO BOX 190540<br>SAN JUAN PR 00919 0540 | | | 6/26/2012<br>EQUIPMENT RENTAL | | | | $ 561.12 |
| Account No:<br>Creditor # : 82<br>INTERSPACE INDUSTRIES, CORP.<br>PO BOX 5864<br>CAGUAS PR 00726 5864 | | | 4/30/2007<br>SUB-CONTRACTOR<br>KITCHEN CABINETS<br>(CONTINGENT DUE TO RETAINAGE) | X | | | $ 81,377.19 |
| Account No:<br>Creditor # : 83<br>INTERTRADE CARIBE<br>PO BOX 19270<br>San Juan PR 00910 | | | 5/30/2011<br>CONSTRUCTION MATERIALS | | | | $ 5,583.24 |

Sheet No. __16__ of __32__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal $ | $ 564,184.03 |
|---|---|---|
|  | Total $ |  |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _CUE & LOPEZ CONSTRUCTION, INC._____ ,          Case No. _13-_____
　　　　　　　　　　Debtor(s)                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 84 <br> JAICA PLUMBING <br> URB PASEO SAN JUAN <br> B9 LA ROGATIVA ST <br> San Juan PR 00926 | | | 6/30/2006 <br> SUB-CONTRACTOR <br> PLUMBING SERVICES <br> (CONTINGENT DUE TO RETAINAGE) | X | | | $ 135,485.37 |
| Account No: <br> Creditor # : 85 <br> JAIME R ROBERT & ASSOCIATES <br> PO BOX 191221 <br> SAN JUAN PR 00919 1221 | | | 6/26/2012 <br> ENGINEERING CONSULTANT SERVICES | | | | $ 20,000.00 |
| Account No: <br> Creditor # : 86 <br> JJ BUILDERS Y/O JOSE L DIAZ <br> URB. ALTOS DE TORRIMAR <br> H57 CALLE DOMINICA <br> Bayamon PR 00959 | | | 06/30/2010 <br> PLASTER SUB-CONTRACTOR <br> (CONTINGENT DUE TO RETAINAGE) | X | | | $ 29,963.06 |
| Account No: <br> Creditor # : 87 <br> JM RESTO CONSTRUCTION INC <br> Y/O JOSE M RESTO <br> PO BOX 4547 <br> CAROLINA PR 00984 4547 | | | 1/20/2010 <br> PLASTER SUB-CONTRACTOR <br> (CONTINGENT DUE TO RETAINAGE) | X | | | $ 26,502.23 |
| Account No: <br> Creditor # : 88 <br> JOSE M RAMIREZ HERNANDEZ <br> HC-11 BOX 4711 <br> Caguas PR 00725 | | | 9/30/2011 <br> SUB-CONTRACTOR <br> DOORS AND WINDOWS INSTALLER <br> (CONTINGENT DUE TO RETAINAGE) | X | | | $ 9,022.57 |

Sheet No. _17_ of _32_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 220,973.23

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re CUE & LOPEZ CONSTRUCTION, INC. _____,     Case No. 13-_____
                        **Debtor(s)**                                                                 (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 89 LA ROCA MACHINE SHOP CALLE 8, 2025 ESQ. AVE A BO. OBRERO San Juan PR 00915 | | | 08/30/13 REPAIRS AND MAINTENANCE | | | | $ 850.00 |
| Account No: Creditor # : 90 LAPISLAZULI INC URB RIACHUELO 34 CALLE CORRIENTES Trujillo Alto PR 00976 | | | 6/19/2013 ARCHEOLOGICAL CONSULTANT | | | | $ 395.00 |
| Account No: Creditor # : 91 LCDA LORA J ESPADA MEDINA URB PARQUE DE BUCARE II 20 CALLE TUREY Guaynabo PR 00969 | | | 1/31/2013 LEGAL SERVICES | | | | $ 6,457.50 |
| Account No: Creditor # : 92 LYNERT INC.DBA DE DIEGO RENTAL PUERTO NUEVO 508 AVE DE DIEGO San Juan PR 00920 | | | 2/14/2013 EQUIPMENT RENTAL | | | | $ 1,005.00 |
| Account No: Creditor # : 93 MAA CONSTRUCTION CORP Y/O JOSE M RESTO PO BOX 3228 CAROLINA PR 00984 3228 | | | 10/31/2012 PLASTER SUB-CONTRACTOR (CONTINGENT DUE TO RETAINAGE) | X | | | $ 54,331.51 |

Sheet No. __18__ of __32__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 63,039.01

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re CUE & LOPEZ CONSTRUCTION, INC. _____,  Case No. 13-_____

Debtor(s)                                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 94<br>MAC CLIMBER<br>PO BOX 1577<br>GUAYNABO PR 00970 1577 | | | 3/6/2013<br>EQUIPMENT RENTAL | | | | $ 947.26 |
| Account No:<br>Creditor # : 95<br>MADECO<br>PO BOX 193498<br>SAN JUAN PR 00919 3498 | | | 3/31/2007<br>WOOD DOOR AND FRAME SUPPLIER<br>(CONTINGENT DUE TO RETAINAGE) | X | | | $ 26,573.76 |
| Account No:<br>Creditor # : 96<br>MAITE ORTIZ MORALES<br>260 CARR 932<br>APT 422<br>Gurabo PR 00778 7616 | | | 06/07/2012<br>DACO CLAIM<br>CLAIM NUMBER CA0003475 | X | | X | $ 128,390.00 |
| Account No:<br>Creditor # : 97<br>MAKKO CONSTRUCTION LLC<br>PMB 383<br>352 AVE.SAN CLAUDIO<br>San Juan PR 00926 | | | 2/28/2011<br>SUB-CONTRACTOR<br>ELECTRICAL AND MECHANICAL<br>(CONTINGENT DUE TO RETAINAGE) | X | | | $ 462,303.40 |
| Account No:<br>Creditor # : 98<br>MARTINEZ-ALVAREZ, MENDEZ<br>701 PONCE DE LEON AVENUE<br>SUITE 407<br>San Juan PR 00907 3248 | | | 03/31/2013<br>LEGAL SERVICES | | | | $ 2,257.37 |

Sheet No. 19 of 32 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal $ | $ 620,471.79 |
|---|---|---|
|  | Total $ |  |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _CUE & LOPEZ CONSTRUCTION, INC._____ ,   Case No. _13-_____
              **Debtor(s)**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 99 MARXUACH & LONGO INC. PO BOX 2149 SAN JUAN PR 00922 2149 | | | 7/31/2010 SUB-CONTRACTOR (PRE-CAST CONCRETE) (CONTINGENT DUE TO RETAINAGE) | X | | | $ 2,698.05 |
| **Account No:** Creditor # : 100 MATOS CONCRETE PUMPING INC. PO BOX 616 Trujillo Alto PR 00977 | | | 10/12/2012 PUMPING CONCRETE SERVICES | | | | $ 14,255.00 |
| **Account No:** Creditor # : 101 MELVIN POOLS CONSTRUCTION UNKNOWN | | | 04/13/2008 POOL SUB-CONTRACTOR (CONTINGENT DUE TO RETAINAGE) | X | | | $ 7,415.80 |
| **Account No:** Creditor # : 102 MIDSUN GROUP CARIBE, INC. PO BOX 2288 TOA BAJA PR 00951 2288 | | | 2/28/2010 SUB-CONTRACTOR WATER PROOFING (CONTINGENT DUE TO RETAINAGE) | X | | | $ 86,631.62 |
| **Account No:** Creditor # : 103 MOCOROA & CASTELLANOS INC. PO BOX 1119 GUAYNABO PR 00970 1119 | | | 6/10/2013 CONSTRUCTION MATERIALS | | | | $ 13,636.67 |

Sheet No. _20_ of _32_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                               Subtotal $     $ 124,637.14

                                               Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _CUE & LOPEZ CONSTRUCTION, INC._____,     Case No. _13-_____
         **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 104<br>MORALES PUMPING SERVICE<br>BOX 727<br>Bayamon PR 00960 0727 | | | 08/30/2012<br>CONCRETE PUMPING SERVICES | | | | $ 1,518.00 |
| Account No:<br>Creditor # : 105<br>MOREDA & MOREDA P.S.C.<br>PO BOX 366066<br>SAN JUAN PR 00936 6066 | | | 5/7/2013<br>LEGAL SERVICES | | | | $ 16,491.34 |
| Account No:<br>Creditor # : 106<br>MULTI-VENTAS Y SERVICIOS INC.<br>PO BOX 6012<br>CAGUAS PR 00726 6012 | | | 12/10/2012<br>VEHICLES REPAIRS AND MAINTENANCE | | | | $ 1,950.92 |
| Account No:<br>Creditor # : 107<br>MUNDO DE PAPEL<br>CAPARRA HEIGHTS STATION<br>PO BOX 10335<br>San Juan PR 00920 | | | 04/25/2013<br>OFFICE SUPPLIES | | | | $ 860.20 |
| Account No:<br>Creditor # : 108<br>NEW PROFESSIONAL PAINTERS Y<br>SHERWIN WILLIAMS<br>AVE CARLOS J ANADALUZ<br>3B #34 LOMAS VERDES<br>Bayamon PR 00956 | | | 05/03/2010<br>SUB-CONTRACTOR<br>PAINTING SERVICES<br>(CONTINGENT DUE TO RETAINAGE) | X | | | $ 36,046.50 |

Sheet No. __21__ of ___32__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   | $ 56,866.96

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _CUE & LOPEZ CONSTRUCTION, INC._____,  Case No. _13-_____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 0936<br>Creditor # : 109<br>ORIENTAL FINANCIAL GROUP<br>EUROBANK-ORIENTAL<br>PO BOX 195115<br>San Juan PR 00919 5115 | X | | 12/21/2006<br><br>BANK LOAN GRANTED TO MR. MARIO LOPEZ | | | | $ 353,579.50 |
| Account No: 1935<br>Creditor # : 110<br>ORIENTAL FINANCIAL GROUP<br>EUROBANK-ORIENTAL<br>PO BOX 195115<br>San Juan PR 00919 5115 | X | | 12/21/2006<br><br>BANK LOAN GRANTED TO CUE & LOPEZ CONTRACTORS, INC. | | | | $ 363,400.30 |
| Account No: 1933<br>Creditor # : 111<br>ORIENTAL FINANCIAL GROUP<br>EUROBANK-ORIENTAL<br>PO BOX 195115<br>San Juan PR 00919 5115 | X | | 12/21/2006<br>COMERCIAL LOAN | | | | $ 1,561,498.06 |
| Account No: 1937<br>Creditor # : 112<br>ORIENTAL FINANCIAL GROUP<br>EUROBANK-ORIENTAL<br>PO BOX 195115<br>San Juan PR 00919 5115 | X | | 12/21/2006<br><br>BANK LOAN GRANTED TO MR. FRANK CUE | | | | $ 317,799.44 |
| Account No: 1938<br>Creditor # : 113<br>ORIENTAL FINANCIAL GROUP<br>EUROBANK-ORIENTAL<br>PO BOX 195115<br>San Juan PR 00919 5115 | X | | 12/21/2006<br><br>BANK LOAN  GRANTED TO MR. JESUS LOPEZ | | | | $ 314,063.02 |

Sheet No. __22__ of ___32__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 2,910,340.32

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re CUE & LOPEZ CONSTRUCTION, INC.                                      ,          Case No. 13-
Debtor(s)                                                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 114<br>ORNAMENTAL IRON DESIGN<br>PO BOX 3333<br>Carolina PR 00984 | | | 10/01/2012<br>CONSTRUCTION MATERIALS | | | | $ 10,219.47 |
| Account No:<br>Creditor # : 115<br>OTIS ELEVATOR CO<br>PO BOX 15029<br>SAN JUAN PR 00902 5029 | | | 5/31/2006<br>ELEVATORS SERVICES<br>(CONTINGENT DUE TO RETAINAGE) | X | | | $ 25,000.00 |
| Account No:<br>Creditor # : 116<br>OVIR EQUIPMENT<br>PO BOX 3679<br>Vega Alta PR 00692 | | | 9/24/2008<br>SUB-CONTRACTOR<br>(CONTINGENT DUE TO RETAINAGE) | X | | | $ 11,122.92 |
| Account No:<br>Creditor # : 117<br>PINTURAS & REMODELACION<br>PO BOX 696<br>Las Piedras PR 00771 | | | 5/30/2010<br>SUB-CONTRACTOR<br>PAINTING SERVICES<br>(CONTINGENT DUE TO RETAINAGE) | X | | | $ 25,940.26 |
| Account No:<br>Creditor # : 118<br>PR ELECTRIC POWER AUTHORITY<br>BANKRUPTCY OFFICE<br>PO BOX 364267<br>San Juan PR 00936-4267 | | | 09/23/2013<br>ELECTRIC POWER SERVICES | | | | $ 1,011.61 |

Sheet No. 23 of 32 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 73,294.26

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re <u>CUE & LOPEZ CONSTRUCTION, INC.</u> ,          Case No. <u>13-</u>
        **Debtor(s)**                                                                 (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 119<br>PR GREEN DESIGN<br>DORADO DEL MAR<br>W-8 VILLA DE PLAYA 11<br>Dorado PR 00646 | | | 11/30/2010<br>SUB-CONTRACTOR<br>LANDSCAPING SERVICES<br>(CONTINGENT DUE TO RETAINAGE) | X | | | $ 6,650.00 |
| Account No:<br>Creditor # : 120<br>PRO FENCE, INC.<br>PO BOX 55235<br>STATION ONE<br>Bayamon PR 00960 4235 | | | 12/10/2008<br>SUB-CONTRACTOR<br>(FENCE INSTALLATION) | | | | $ 2,708.00 |
| Account No:<br>Creditor # : 121<br>PROFESSIONAL IRON WORKS<br>PO BOX 6387<br>Bayamon PR 00960 | | | 03/05/2013<br>SUB-CONTRACTOR<br>(FENCE INSTALLATION)<br>(CONTINGENT DUE TO RETAINAGE) | X | | | $ 176,854.36 |
| Account No:<br>Creditor # : 122<br>PRO-PAVE<br>PO BOX 21110<br>SANJUAN PR 00928 1110 | | | 9/30/2007<br>SUB-CONTRACTOR<br>ASPHALT PAVEMENT<br>(CONTINGENT DUE TO RETAINAGE) | X | | | $ 5,748.89 |
| Account No:<br>Creditor # : 123<br>PUERTO RICO TELEPHONE CO.<br>PO BOX 71401<br>San Juan PR 00936 8501 | | | 09/21/2013<br>TELEPHONE SERVICES | | | | $ 144.28 |

Sheet No. <u>24</u> of <u>32</u> continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 192,105.53

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re *CUE & LOPEZ CONSTRUCTION, INC.* _____ ,                    Case No. *13-* _____
                        **Debtor(s)**                                                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** <br> *Creditor # : 124* <br> *PUERTO RICO WIRE* <br> *PO BOX 363707* <br> *SAN JUAN PR 00936 3707* | | | 5/6/2011 <br> *CONSTRUCTION MATERIALS* | | | | $ 59,092.97 |
| **Account No:** <br> *Creditor # : 125* <br> *PV DISTRIBUTORS CORPORATION* <br> *PO BOX 362834* <br> *SAN JUAN PR 00936 2834* | | | 3/13/2012 <br> *PLUMBING MATERIALS* | | | | $ 3,059.88 |
| **Account No:** <br> *Creditor # : 126* <br> *QPR CORPORATION* <br> *PO BOX 10901* <br> *SAN JUAN PR 00922 0901* | | | 3/13/2013 <br> *PURCHASE MATERIAL* | | | | $ 256.80 |
| **Account No:** <br> *Creditor # : 127* <br> *QUALITY EQUIPMENT INC* <br> *PO BOX 10455* <br> *San Juan PR 00922* | | | 10/8/2010 <br> *EQUIPMENT RENTAL* | | | | $ 3,000.00 |
| **Account No:** <br> *Creditor # : 128* <br> *RAUL M TORRES, P.E.* <br> *URB MONTEBELLO ESTATES* <br> *H 1 CALLE 5* <br> *Trujillo Alto PR 00976* | | | 8/30/2012 <br> *ENGINEERING CONSULTANCY SERVICES* | | | | $ 4,530.00 |

Sheet No. __25__ of __32__ continuation sheets attached to Schedule of                                    Subtotal $         $ 69,939.65
Creditors Holding Unsecured Nonpriority Claims                                                                          Total $
                      (Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _CUE & LOPEZ CONSTRUCTION, INC._____ ,     Case No. _13-_____
Debtor(s)                                                                 (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:**<br>Creditor # : 129<br>RICOH PUERTO RICO, INC.<br>PO BOX 71459<br>San Juan PR 00936-8559 | | | 07/17/2013<br>LEASE AGREEMENT ARREARS<br>(COPIERS) | | | | $ 1,819.53 |
| **Account No:**<br>Creditor # : 130<br>RIGO ALUMINUM<br>PO BOX 1200<br>CAROLINA PR  00986 120 | | | 5/31/2008<br>CONSTRUCTION MATERIALS<br>(CONTINGENT DUE TO RETAINAGE) | X | | | $ 11,896.25 |
| **Account No:**<br>Creditor # : 131<br>ROBERTO ROOFING CONSTRUCTION<br>PO BOX 1437<br>Aguas Buenas PR 00703 | | | 11/30/2011<br>SUB-CONTRACTOR<br>WATER PROOFING<br>(CONTINGENT DUE TO RETAINAGE) | X | | | $ 11,111.28 |
| **Account No:**<br>Creditor # : 132<br>ROQUE PEREZ FRANGIE P.E.<br>PO BOX 193094<br>SAN JUAN PR 00919 3094 | | | 6/10/2011<br>ENGINEERING SERVICES | | | | $ 3,500.00 |
| **Account No:**<br>Creditor # : 133<br>RR TECHNOLOGY GROUP INC<br>PO BOX 4985 PMB 312<br>CAGUAS PR 00726 4985 | | | 6/18/2009<br>GEOTECHNICAL IMPROVEMENT<br>MATERIAL SUPPLIER | | | | $ 2,000.00 |

Sheet No. _26_ of _32_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 30,327.06

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re CUE & LOPEZ CONSTRUCTION, INC. , Case No. 13-
_____ _____
Debtor(s) (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 134 SAN JUAN LIGHTING, CORP. PO BOX 362262 San Juan PR 00936 | | | 04/19/2013 CONSTRUCTION MATERIALS (LIGHTING FIXTURES) | | | | $ 8,310.04 |
| Account No: Creditor # : 135 SANTOS ULLOLA BO OBRERO 611 CALLE 5 San Juan PR 00915 | | | 12/14/2012 SUB-CONTRACTOR CERAMIC AND TILE INSTALLATION (CONTINGENT DUE TO RETAINAGE) | X | | | $ 31,712.32 |
| Account No: Creditor # : 136 SARIMAR ANDREU PEREZ 381 FELISA RINCON DE GAUTIER APT 912 San Juan PR 00926 | | | 10/02/2009 SUIT - TORT ACTIONS CIVIL NUMBER: KAC09-1223 | X | X | X | $ 4,000.00 |
| Account No: Creditor # : 137 SCOTIA INSURANCE PO BOX 2510 GUAYNABO PR 00970 2510 | | | 12/21/2012 INSURANCE PREMIUMS | | | | $ 2,616.00 |
| Account No: Creditor # : 138 SEPTIX WASTE MERCEDITA STA PO BOX 490 PONCE PR 00715 0490 | | | 12/31/2012 WASTE DISPOSAL SERVICES | | | | $ 1,194.99 |

Sheet No. 27 of 32 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 47,833.35
Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re CUE & LOPEZ CONSTRUCTION, INC. _____ ,  Case No. 13-_____
            **Debtor(s)**                                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:**<br>Creditor # : 139<br>SERVICE ZONE FUELS<br>PO BOX 3020<br>Bayamon PR 00960 | | | 03/20/2013<br>DIESEL SUPPLIER | | | | $ 2,893.39 |
| **Account No:**<br>Creditor # : 140<br>SESCO TECHNOLOGY SOLUTIONS<br>URB. BALDRICH<br>CALLE PEDRO BIGAY 560<br>San Juan PR 00918 | | | 08/12/2013<br>SUB-CONTRACTOR<br>(ELECTRICAL CONNECTIONS)<br>(CONTINGENT DUE TO RETAINAGE) | X | | | $ 203,693.76 |
| **Account No:**<br>Creditor # : 141<br>SHERWIN WILLIAMS<br>PO BOX 363705<br>San Juan PR 00936 | | | 12/17/2012<br>PAINTING MATERIALS | | | | $ 10,396.55 |
| **Account No:**<br>Creditor # : 142<br>SOLUTION HEAVY EQUIPMENT<br>PO BOX 9532<br>CAROLINA PR 00988 9532 | | | 5/9/2013<br>EQUIPMENT RENTAL | | | | $ 20,000.00 |
| **Account No:** 1761<br>Creditor # : 143<br>STATE INSURANCE FUND CORP.<br>P.O. BOX 365028<br>San Juan PR 00936-5028 | | | VARIOUS<br>WORKMEN COMPENSATION<br>FOR THE YEARS 2007, 2008, 2009 AND 2010 | | | | $ 18,489.37 |

Sheet No. _28_ of _32_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 255,473.07
Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _CUE & LOPEZ CONSTRUCTION, INC._                                        ,       Case No. _13-_
                              **Debtor(s)**                                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:**<br>Creditor # : 144<br>STEEL SERVICES & SUPPLIES, INC<br>PO BOX 2528<br>Toa Baja PR 00951 2663 | | | 10/5/2012<br>CONSTRUCTION MATERIALS | | | | $ 31,411.46 |
| **Account No:**<br>Creditor # : 145<br>SUN SECURITY PROTECTION & SERV<br>PMB 201<br>PO BOX 6017<br>Carolina PR 00984 | | | 6/2/2013<br>SECURITY SERVICES | | | | $ 13,520.40 |
| **Account No:**<br>Creditor # : 146<br>SUPERASPHALT PAVEMENT CORP.<br>PO BOX 1849<br>GUAYNABO PR 00970 1849 | | | 2/11/2013<br>SUB-CONTRACTOR<br>(ASPHALT) | | | | $ 102,101.35 |
| **Account No:**<br>Creditor # : 147<br>SWIRL CORP<br>PMB 138<br>405 ESMERALDA AVE.<br>Guaynabo PR 00969 | | | 5/3/2013<br>OFFICE SUPPLIES | | | | $ 172.97 |
| **Account No:**<br>Creditor # : 148<br>TC CONTRACTORS, CORP.<br>URB. ALTOS DE TORRIMAR<br>H57 CALLE DOMINICA<br>Bayamon PR 00959 | | | 05/29/2012<br>SUB-CONTRACTOR<br>(CLEANING SERVICE)<br>(CONTINGENT DUE TO RETAINAGE) | X | | | $ 18,342.16 |

Sheet No. _29_ of _32_ continuation sheets attached to Schedule of                              **Subtotal $**       $ 165,548.34
Creditors Holding Unsecured Nonpriority Claims                                                          **Total $**
                                                                              (Use only on last page of the completed Schedule F. Report also on Summary of
                                                                              Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re CUE & LOPEZ CONSTRUCTION, INC. _____ ,     Case No. 13-_____
                                         **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 149<br>TECHNICAL FIRE SERVICE INC<br>PO BOX 3898<br>Guaynabo PR 00970 | | | 2/29/2008<br>SUB-CONTRACTOR<br>FIRE PROTECTION<br>(CONTINGENT DUE TO RETAINAGE) | X | | | $ 16,400.00 |
| Account No:<br>Creditor # : 150<br>TERRALANDSCAPE<br>PMB 294<br>425 CARR.693<br>Dorado PR 00646 | | | 3/31/2012<br>SUB-CONTRACTOR<br>LANDSCAPING SERVICES<br>(CONTINGENT DUE TO RETAINAGE) | X | | | $ 19,609.37 |
| Account No:<br>Creditor # : 151<br>TERRAZOL<br>PO BOX 788<br>Guaynabo PR 00970 | | | 1/22/2013<br>CONSTRUCTION MATERIALS | | | | $ 1,631.62 |
| Account No:<br>Creditor # : 152<br>THE HOME DEPOT<br>PO BOX 9055<br>DES MOINES IA 50368 9055 | | | 3/28/2013<br>CONSTRUCTION MATERIALS | | | | $ 69,282.96 |
| Account No:<br>Creditor # : 153<br>THE MARBLE SHOP<br>PMB 297 #35<br>JUAN C. BORBON<br>Guaynabo PR 00969 | | | 1/28/2012<br>CONSTRUCTION MATERIALS | | | | $ 2,136.26 |

Sheet No. _30_ of _32_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $ | $ 109,060.21 |
| Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _CUE & LOPEZ CONSTRUCTION, INC._ ,  Case No. _13-_ _____
         **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 154<br>THE TILE SHOP, INC.<br>PMB 297 #35<br>JUAN C. BORBON<br>Guaynabo PR 00969 | | | 6/23/2008<br>TILES MATERIAL SUPPLIER | | | | $ 115,449.66 |
| Account No:<br>Creditor # : 155<br>THOMPSOM PUMP CARIBBEAN<br>PO BOX 366895<br>SAN JUAN PR 00936 6895 | | | 3/9/2011<br>PUMPING CONCRETE SERVICES | | | | $ 1,080.17 |
| Account No:<br>Creditor # : 156<br>TOLEDO ENGINEERING CORP.<br>PMB 849 138<br>WINSTON CHURCHILL AVE.<br>SAN JUAN PR 00926 6023 | | | 4/30/2012<br>SUB-CONTRACTOR<br>(DEMOLITION)<br>(CONTINGENT DUE TO RETAINAGE) | X | | | $ 71,205.00 |
| Account No:<br>Creditor # : 157<br>TORRES HERNANDEZ & PUNTER CPA<br>CSP<br>PO BOX 4846<br>CAROLINA PR 00984 4846 | | | 11/1/2011<br>ACCOUNTING SERVICES | | | | $ 6,125.00 |
| Account No:<br>Creditor # : 158<br>VICTOR NEVAREZ<br>BOX 254<br>Corozal PR 00783 | | | 09/24/2013<br>CONSTRUCTION MATERIALS | | | | $ 483.00 |

Sheet No. _31_ of _32_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 194,342.83

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _CUE & LOPEZ CONSTRUCTION, INC._ _____ ,   Case No. _13-_ _____
　　　　　　　　　**Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:**<br>Creditor # : 159<br>VIVES EQUIPMENT RENTAL<br>URB VIVES<br>34 CALLE 4    APARTADO 898<br>Guaynabo PR 00971 | | | 4/2/2012<br>EQUIPMENT RENTAL | | | | $ 479.36 |
| **Account No:**<br>Creditor # : 160<br>WALTER RIBOT AYALA<br>GPO BOX 3809<br>GUAYNABO PR 00969 3809 | | | 6/21/2012<br>SUB-CONTRACTOR<br>(FLOOR FINISHING)<br>(CONTINGENT DUE TO RETAINAGE) | X | | | $ 425.34 |
| **Account No:**<br>Creditor # : 161<br>YUMA PROFESSIONAL SECURITY INC<br>VILLA DEL REY<br>CALLE 3 4-G-48<br>Caguas PR 00727 | | | 1/31/2013<br>SECURITY SERVICES | X | | X | $ 7,692.44 |
| **Account No:** | | | | | | | |
| **Account No:** | | | | | | | |

Sheet No. _32_ of _32_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | |
|---|---|
| Subtotal $ | $ 8,597.14 |
| Total $ | $ 9,958,835.58 |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6G (Official Form 6G) (12/07)

In re *CUE & LOPEZ CONSTRUCTION, INC.* _____ / Debtor     Case No. *13-* _____
(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| *COMMUNITY PROPERTIES DEVELOPMENT, INC.* PO BOX 192294 *San Juan PR  00919 2294* | Contract Type: *LEASE   AGREEMENT* Terms: *2 YEARS* Beginning date: *8/1/2012* Debtor's Interest: *Lessor* Description: *COMMERCIAL SPACE        LOCATED AT PR 176, KM 1.1, BUILDING 178, CUPEY,        SAN JUAN PR 00926* Buyout Option: *NO* |
| *CONWASTE CONSOLIDATED WASTE SERVICES* PO BOX 1322 *Gurabo PR  00778* | Contract Type: *SERVICE CONTRACT* Terms: *MONTH TO MONTH* Beginning date: *7/1/2007* Debtor's Interest: *SERVICE RECIPIENT* Description: *WASTE DISPOSAL SERVICES CONTRACT* Buyout Option: *NO* |
| *DE LAGE LANDEN* PO BOX 41602 *Philadelphia PA  19101 1602* | Contract Type: *LEASE   AGREEMENT* Terms: *60* Beginning date: *7/11/2012* Debtor's Interest: *Lessee* Description: *2 COPIERS        MP C4502* Buyout Option: *YES* |
| *GILBERTO L. PEREZ DE LEON URB. ALTO APOLO 2126 CALLE SIRCE Guaynabo PR  00969* | Contract Type: *LEASE   AGREEMENT* Terms: *MONTH TO MONTH* Beginning date: *2/11/2010* Debtor's Interest: *Lessor* Description: *SPACE RENTAL FOR DENTIST OFFICE        LOCATED AT RD 176, KM 1.1, BUILDING 178, CUPEY,        SAN JUAN PR 00926* Buyout Option: *NO* |
| *POPULAR AUTO, INC. (LEASING)* BANKRUPTCY DEPARTMENT *G.P.O. BOX 366818 San Juan PR  00936-6818* | Contract Type: *CAR LEASE   AGREEMENT* Terms: *36 MONTHS* Beginning date: *4/2/2012* Debtor's Interest: *Lessee* Description: *2008 BMW 535        SERIAL NUMBER WBANW13538CZ78288* Buyout Option: *YES* |

Page <u>1</u> of <u>2</u>

B6G (Official Form 6G) (12/07)

In re _CUE & LOPEZ CONSTRUCTION, INC._ _____ / Debtor   Case No. _13-_ _____
                                                                              (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| POPULAR AUTO, INC. (LEASING) BANKRUPTCY DEPARTMENT G.P.O. BOX 366818 San Juan PR 00936-6818 | Contract Type: CAR LEASE AGREEMENT Terms: 60 MONTHS Beginning date: 12/23/2008 Debtor's Interest: Lessee Description: 2009 MERCEDES BENZ ML 350         SERIAL NUMBER 4JGBB86E99A497606 Buyout Option: YES |
| POPULAR AUTO, INC. (LEASING) BANKRUPTCY DEPARTMENT G.P.O. BOX 366818 San Juan PR 00936-6818 | Contract Type: CAR LEASE AGREEMENT Terms: 60 MONTHS Beginning date: 4/2/2012 Debtor's Interest: Lessee Description: 2012 ACURA MDX         SERIAL NUMBER 2HNYD2H37CH510129 Buyout Option: YES |
| RICOH PUERTO RICO, INC. PO BOX 71459 San Juan PR 00936-8559 | Contract Type: MAINTENANCE SERVICE AGREEMENT Terms: 60 MONTHS Beginning date: 7/11/2012 Debtor's Interest: Lessee Description: 2 COPIERS         MP C4502 Buyout Option: NO |
| TRIPLE S SALUD PO BOX 71548 San Juan PR 00936 8648 | Contract Type: SERVICE CONTRACT Terms: MONTH TO MONTH Beginning date: 4/26/2006 Debtor's Interest: SERVICE RECIPIENT Description: MEDICAL HEALTH PLAN Buyout Option: N/A |

B6H (Official Form 6H) (12/07)

In re _CUE & LOPEZ CONSTRUCTION, INC._____ / Debtor      Case No. _13-_____
                                                                                      (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| ALMERIA PARK CORPORATION<br>PO BOX 192294<br>San Juan PR  00919 2294 | ORIENTAL FINANCIAL GROUP<br>EUROBANK-ORIENTAL<br>PO BOX 195115<br>San Juan PR  00919 5115 |
| CASA MAGGIORE, INC.<br>100 GRAN PASEO BOULEVARD<br>SUITE G-01<br>San Juan PR  00926 | ORIENTAL FINANCIAL GROUP<br>EUROBANK-ORIENTAL<br>PO BOX 195115<br>San Juan PR  00919 5115 |
| CUE & LOPEZ CONTRACTORS, INC.<br>PO BOX 193899<br>San Juan PR  00919 3899 | ORIENTAL FINANCIAL GROUP<br>EUROBANK-ORIENTAL<br>PO BOX 195115<br>San Juan PR  00919 5115<br><br>SCOTIABANK DE PUERTO RICO<br>PO BOX 362394<br>San Juan PR  00936 2394 |
| FRANK CUE FERNANDEZ<br>PO BOX 193899<br>San Juan PR  00919 3899 | ORIENTAL FINANCIAL GROUP<br>EUROBANK-ORIENTAL<br>PO BOX 195115<br>San Juan PR  00919 5115 |
| FRANK F. CUE GARCIA<br>PO BOX 193899<br>San Juan PR  00919 3899 | ORIENTAL FINANCIAL GROUP<br>BBVAPR-ORIENTAL<br>PO BOX 195115<br>San Juan PR  00919 5115<br><br>SCOTIABANK DE PUERTO RICO<br>PO BOX 362394<br>San Juan PR  00936 2394 |
| JESUS O. LOPEZ BERNAL<br>PO BOX 193899<br>San Juan PR  00919 3899 | ORIENTAL FINANCIAL GROUP<br>EUROBANK-ORIENTAL<br>PO BOX 195115<br>San Juan PR  00919 5115 |

B6H (Official Form 6H) (12/07)

In re *CUE & LOPEZ CONSTRUCTION, INC.* _____ / Debtor    Case No. *13-* _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| JOSE M. LOPEZ BERNAL<br>PO BOX 193899<br>San Juan PR  00919 3899 | ORIENTAL FINANCIAL GROUP<br>BBVAPR-ORIENTAL<br>PO BOX 195115<br>San Juan PR  00919 5115 |
| JUANA BERNAL QUINTANA<br>PO BOX 193899<br>San Juan PR  00919 3899 | ORIENTAL FINANCIAL GROUP<br>BBVAPR-ORIENTAL<br>PO BOX 195115<br>San Juan PR  00919 5115 |
| MARIO R. LOPEZ BERNAL<br>PO BOX 193899<br>San Juan PR  00919 3899 | ORIENTAL FINANCIAL GROUP<br>BBVAPR-ORIENTAL<br>PO BOX 195115<br>San Juan PR  00919 5115<br><br>SCOTIABANK DE PUERTO RICO<br>PO BOX 362394<br>San Juan PR  00936 2394 |
| MARIO R. LOPEZ REINANTE<br>PO BOX 193899<br>San Juan PR  00919 3899 | ORIENTAL FINANCIAL GROUP<br>BBVAPR-ORIENTAL<br>PO BOX 195115<br>San Juan PR  00919 5115 |
| MIRIAM SANCHEZ DELGADO<br>PO BOX 193899<br>San Juan PR  00919 3899 | ORIENTAL FINANCIAL GROUP<br>BBVAPR-ORIENTAL<br>PO BOX 195115<br>San Juan PR  00919 5115 |
| MYRNA TORO TORRES<br>PO BOX 193899<br>San Juan PR  00919 3899 | ORIENTAL FINANCIAL GROUP<br>BBVAPR-ORIENTAL<br>PO BOX 195115<br>San Juan PR  00919 5115 |

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

In re *CUE & LOPEZ CONSTRUCTION, INC., a Corporation*

Case No. *13-*
Chapter *11*

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 1 | $ 3,365,000.00 | | |
| B-Personal Property | Yes | 5 | $ 9,289,336.44 | | |
| C-Property Claimed as Exempt | No | 0 | | | |
| D-Creditors Holding Secured Claims | Yes | 2 | | $ 5,932,081.93 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $ 775,248.67 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 33 | | $ 9,958,835.58 | |
| G-Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H-Codebtors | Yes | 2 | | | |
| I-Current Income of Individual Debtor(s) | No | 0 | | | $ 0.00 |
| J-Current Expenditures of Individual Debtor(s) | No | 0 | | | $ 0.00 |
| TOTAL | | 48 | $ 12,654,336.44 | $ 16,666,166.18 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re _CUE & LOPEZ CONSTRUCTION, INC., a  Corporation_   Case No. _13-_
_____
Debtor                                                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, _FRANK F. CUE GARCIA_, _President_ of the _Corporation_

named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _49_ sheets,
and that they are true and correct to the best of my knowledge, information, and belief.

Date: _10/4/2013_

Signature
Name: FRANK F. CUE GARCIA
Title: President

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER   (See 11.U.S.C. § 110)

I certify that I am a bankruptcy preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor
with a copy of this document.

Preparer:                                                                  Social security No. :

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____   Date: _____

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and  the Federal Rules of Bankruptcy Procedure may result in fines or
imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

In re *CUE & LOPEZ CONSTRUCTION, INC.*
   *a   Corporation*

Case No. *13-*
Chapter   *11*

_____ / Debtor

# CHAPTER 11 STATEMENT OF INTENTION

**Part A -**   Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. |  |
| --- | --- |
| **Creditor's Name :** *None* | **Describe Property Securing Debt :** |

Property will be (check one) :

☐ Surrendered    ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt    ☐ Not claimed as exempt

**Part B -**   Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. *1* | | |
| --- | --- | --- |
| **Lessor's Name:** *RICOH PUERTO RICO, INC.* | **Describe Leased Property:** *2 COPIERS* *MP C4502* | Lease will be assumed pursuant to 11 U.S.C § 365(p)(2): ☐ Yes  ☒ No |

| Property No. *2* | | |
| --- | --- | --- |
| **Lessor's Name:** *POPULAR AUTO, INC.* *(LEASING)* | **Describe Leased Property:** *2012 ACURA MDX* *SERIAL NUMBER* *2HNYD2H37CH510129* | Lease will be assumed pursuant to 11 U.S.C § 365(p)(2): ☐ Yes  ☒ No |

B 8 (Official Form 8) (12/08)

| Property No. 3 | | |
|---|---|---|
| **Lessor's Name:**<br><br>*POPULAR AUTO, INC.*<br>*(LEASING)* | **Describe Leased Property:**<br><br>*2009 MERCEDES BENZ ML 350*<br>*SERIAL NUMBER*<br>*4JGBB86E99A497606* | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>☐ Yes    ☒ No |

| Property No. 4 | | |
|---|---|---|
| **Lessor's Name:**<br><br>*POPULAR AUTO, INC.*<br>*(LEASING)* | **Describe Leased Property:**<br><br>*2008 BMW 535*<br>*SERIAL NUMBER*<br>*WBANW13538CZ78288* | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>☐ Yes    ☒ No |

| Property No. 5 | | |
|---|---|---|
| **Lessor's Name:**<br><br>*DE LAGE LANDEN* | **Describe Leased Property:**<br><br>*2 COPIERS*<br>*MP C4502* | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>☐ Yes    ☒ No |

**Signature of Debtor(s)**

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: 10/ 4/2013          Debtor: _____

                                          FRANK F. CUE GARCIA

Date: _____          Joint Debtor: _____